# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1807
_____

MICHAEL K. MOTES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


October 30, 2024


PER CURIAM.

DISMISSED. The Court warns Petitioner that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2024).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Michael K. Motes, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.